CRIMINAL SENTENCING ORDER 2026CM000510-395

**STATE OF ILLINOIS** **UNITED STATES OF AMERICA** **COUNTY OF DU PAGE**
**IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT**

PEOPLE OF THE STATE OF ILLINOIS

VS.

MELISSA S TRUESDELL
DEFENDANT

2026CM000510-0001
**CASE NUMBER**

DCN NUMBER

☐ Resentence

**FILED**
**26 Aug 21 AM 10: 59**
Candice Adams
**CLERK OF THE 18TH JUDICIAL CIRCUIT DUPAGE COUNTY, ILLINOIS**
File Stamp Here

## CRIMINAL SENTENCE ORDER

Plea of NOT GUILTY
Finding of GUILTY VERDICT BY JURY on 08/19/2026
Sentence is CONTESTED

The Court hereby orders that the Defendant is sentenced as follows on the charge of
VIOLATION OF STALKING NO CONTACT ORDER
In violation of 720 ILCS 5/12-3.9(a) a Class A MISDEMEANOR

Conviction is entered.
Defendant is sentenced to serve 212 day(s) in DuPage County Jail with credit for 106 days. IT IS FURTHER ORDERED that the defendant is eligible to receive good behavior credit at 50% pursuant to the County Jail Good Behavior Act. During that time the Defendant shall:

1. The Court further finds that the Defendant is entitled to receive credit for 106 days actually served in custody.

Nolle Pros: count(s) 0002. THE REASON STATED IS - OTHER.
Merge Counts: count(s) 0003 is merged into count 0001 for the purpose of sentencing.

2. DEFENDANT PRESENT IN OPEN COURT WITH DEFENSE ATTORNEY. DEFENDANT ADMONISHED AS TO

   TRIAL AND APPELLATE RIGHTS. DEFENDANT ADMONISHED AS TO MINIMUM AND MAXIMUM PENALTIES.

   COUNT TWO (2) PREVIOSULY DISMISSED IN A MOTION TO DISMISS.

   PARTIES PROCEED TO SENTENCING HEARING. AFTER HEARING DEFENDANT IS SENTENCED AS STATED ON THIS ORDER FOR THE REASONS STATED ON THE RECORD.

   CONVICTION ENTERS. UNSATISFIED JUDGMENT ENTERS. CASE CLOSED.

Evidence shall be disposed after 45 days unless there are more court filings.

Plaintiff's Attorney: MICHELLE RUIZ

Defense Attorney: SARAH GOKELMAN

File Date : 08/21/2026
JUDGE JILL OTTE
Validation ID : DP-08212026-1059-37407
08/21/2026
Date

**CANDICE ADAMS, CLERK OF THE 18TH JUDICIAL CIRCUIT COURT ©**
**WHEATON, ILLINOIS 60187-0707**

Visit http://www.i2file.net/dv to validate this document. Validation ID: DP-08212026-1059-37407